**Opinion issued July 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00103-CV

————————————

## IN RE JASON CERNIK, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Jason Cernik filed a notice of appeal challenging the trial court's October 4, 2024 "Order on Third Amended Motion for Enforcement" holding Cernick in contempt for violating the possession and access provisions of the parties' Final Decree of Divorce.[1] Contempt orders, however, are not appealable. *See In re Janson*,

---

[1] The underlying case is *In the Interest of D.G.C. and L.G.C., Minor Children*, cause number 2019-20431, pending in the 312th District Court of Harris County, Texas, the Honorable Teresa Waldrop presiding.

614 S.W.3d 724, 727 (Tex. 2020) ("Because contempt orders are not appealable, they are reviewable only by writ of mandamus or habeas corpus."). At the parties' request, the Court construed the attempted appeal as a petition for writ of mandamus. *See Bizkeeping Corp. v. Benton*, 714 S.W.3d 857, 862 (Tex. App.—Houston [1st Dist.] 2025, no pet.) ("When appellants timely ask us to construe their appeal as a mandamus petition if appellate jurisdiction is lacking, we do so rather than dismissing the appeal."). The style of the case was amended to reflect the same and the parties briefed the case as an original proceeding on petition for writ of mandamus.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Guiney.